**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JOHN TARKINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-666-RWS-RSP |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Plaintiff's Objections to Magistrate's Report and Recommendation. Docket No. 13. Plaintiff filed this civil action pursuant to the Social Security Act ("the Act") § 405(g) seeking judicial review of the Commissioner's denial of Plaintiff's application for social security benefits. The above-captioned case was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff raises two objections to the findings and conclusions in the report and recommendation: (1) the magistrate judge improperly focused solely on the medical records and ignored his subjective complaints; and (2) the magistrate judge failed to properly consider the appropriate factors at step five. Docket No. 13 at 1–3.

Having reviewed the objections and the record *de novo*, the findings and conclusions of the magistrate judge are adopted as those of the Court. Accordingly, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE